ægis law group LLP

March 26, 2025

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  <u>*Anvil Trust et al. v. Ernst & Young et al.*</u>, Civil Action No. 24-9731 (PKC)

Dear Judge Castel:

Plaintiffs Anvil Trust, Stephen Cannon, Bryant Edwards, and Neil Richardson, by and through their attorneys, and named Defendants, by and through their attorneys, jointly request that Defendants' time to answer or otherwise respond to the Complaint be extended to May 30, 2025. The parties make this request because the named Defendants have recently agreed to accept service of the Complaint via counsel, on condition of such extension, and without prejudice and without waiver of any defenses, objections, or arguments in this matter or any other matter, except as to sufficiency of service of process.[1]

The parties further request that the initial pretrial conference currently scheduled for June 9, at 10:30 a.m., be vacated because Defendants intend to seek permission to file a motion to dismiss, and accordingly, discovery in this case is automatically stayed. *E.g.*, *Faulkner v. Verizon Commc'ns, Inc.*, 156 F. Supp. 2d 384, 402 (S.D.N.Y. 2001) ("Pursuant to [15 U.S.C. § 78u-4(b)(3)(B)], several courts have stayed discovery as soon as the defendant indicates his intent to file a motion a dismiss, rather than waiting for the actual filing in court.").

---

[1] This extension is less than the 90 days that would have been afforded certain of the Defendants if they had executed waivers of service following the Court's denial of Plaintiffs' letter request for alternative service.  The parties believe that having one response date for all Defendants is the more efficient than serial response dates, and, therefore, have agreed to the May 30 date for all named Defendants.

801 Pennsylvania Ave., N.W.
Suite 740
Washington, DC 20004
T  202 737 3500
F  202 737 3330
www.aegislawgroup.com

Respectfully submitted,

/s/ Serine Consolino
_____
Aegis Law Group LLP
801 Pennsylvania Ave NW, Suite 740
Washington, D.C. 20004
Serine Consolino (SC0525)
Tel: 202-706-7031
sconsolino@aegislawgroup.com

*Counsel for Plaintiffs*

/s/ Jed Schwartz[2]
_____
Milbank LLP
55 Hudson Yards
New York, New York  10001
Tel: 212-530-5283
jschwartz@milbank.com

*Counsel for Defendants*

IT IS SO ORDERED:

Dated:                                          _____
                                                      P. Kevin Castel
                                                      U.S. District Judge

---

[2] Notice of appearance forthcoming.