UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANVIL TRUST, STEPHEN CANNON, BRYANT EDWARDS, and NEIL RICHARDSON,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>ERNST & YOUNG, ERNST & YOUNG MIDDLE EAST, ERNST & YOUNG MIDDLE EAST (ABU DHABI BRANCH), and ANTHONY O'SULLIVAN,<br><br>　　　　　*Defendants*. | Civil Action No. 24-09731 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, Jed Schwartz, a member of the firm Milbank LLP, hereby appears as counsel for named Defendants Ernst & Young, Ernst & Young Middle East, Ernst & Young Middle East (Abu Dhabi Branch), and Anthony O'Sullivan, in the above-captioned action. Jed Schwartz hereby certifies that he is admitted to practice in this Court and respectfully requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

Dated:　March 27, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jed Schwartz
　　　　　　　　　　　　　　　　　　　　　　Jed Schwartz
　　　　　　　　　　　　　　　　　　　　　　MILBANK LLP
　　　　　　　　　　　　　　　　　　　　　　55 Hudson Yards
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10001-2163
　　　　　　　　　　　　　　　　　　　　　　Telephone: 212-530-5000
　　　　　　　　　　　　　　　　　　　　　　jschwartz@milbank.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Named Defendants.*