**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANVIL TRUST, STEPHEN CANNON, BRYANT
EDWARDS and NEIL RICHARDSON,

                                    Plaintiffs,

           -against-                                    24 **CIVIL** 9731 (PKC)

                                                         **JUDGMENT**

ERNST & YOUNG, ERNST & YOUNG MIDDLE
EAST, ERNST & YOUNG MIDDLE EAST (ABU
DHABI BRANCH) and ANTHONY
O'SULLIVAN,

                                    Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 17, 2026, Defendants' motion to dismiss is

GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        March 17, 2026

                                                 **TAMMI M. HELLWIG**
                                            ————————————————
                                             **Clerk of Court**

                     **BY:**                     K. Mango

                                            ————————————————
                                             **Deputy Clerk**